**FROM: The District Court of the 8th Judicial District. County of Cascade.**

STATE OF MONTANA,

                Plaintiff,                           NO. 97-339
        vs.                                          DECISION

Michael G. Beauchman,
                Defendant.

On June 23, 1998, the defendant was sentenced to twenty (20) years in the Montana State Prison, with ten (10) years suspended. The defendant is not eligible for parole until he completes phase I and II of the MSP's sex offender program. Credit is given for 304 days already served.

On February 11, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Ronald Bissell. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 11th day of February, 1999.

DATED this 9th day of March, 1999.

**Chairman, Hon. Richard G. Phillips, Member, Hon. Jeffrey H. Langton and Member, Hon. Marge Johnson.**